# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| WILLIAM CAROl CIARKA | Case No. 4:22-cv-00012-RRB |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| GloRy HAll | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | WilliAm C ClARKR |
| Street Address | 8715 TRAl STRRRT |
| City and County | JUNEAU |
| State and Zip Code | AlASKA 99801 |
| Telephone Number | 907-419-7077 |
| E-mail Address | 123456IndACA@GMAil.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                            GLORY HALL

    Job or Title *(if known)*

    Street Address                   8715 TRAIL STREET

    City and County               JUNEAU

    State and Zip Code           ALASKA 99801

    Telephone Number         907-586-4159

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 1st AMENDMENT THROUGH THE 12th AMENDMENT! CHAPTER 77 2319 1030, 1831-1839 1836-1139 CHAPTER 73 1510, 1512, 1513, 1518, 1519 18 USC 19.61 1035

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  WILLIAM C CLARKA , is a citizen of the State of *(name)*  ALASKA

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)* _____

        _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

b. If the defendant is a corporation

The defendant, *(name)* GLORY HALl , is incorporated under

the laws of the State of *(name)* ALASKA , and has its

principal place of business in the State of *(name)* ALASKA .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

ORGANIZED CRIME

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DIRECTOR MARIYA LOVISHCHUK CASE # 1:22-CV-00031-RRB, DEPUTY DIRECTOR CHLOE PAPIER, OTHER STAFF AND PATRONS, FORCED IN ILLEGAL FILM PLUS MEDICAL EQUIPMENT HACKING, ASSAULTS, SEE ATTACHED STATEMENT WITH PERP/OR VICTIMS CASE# 1:22-CV-00016

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE FILM ALONE TRAFFICKED INTER NATIONALLY IS IN THE MILLIONS!

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5-3-22

Signature of Plaintiff   _William C Clarke_
Printed Name of Plaintiff   WILLIAM C CLARKE

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

**Other Orders/Judgments**
1:22-cv-00016 Clarke v. Tansey et al

### U.S. District Court

### United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 4/28/2022 at 9:22 AM ADT and filed on 4/28/2022

| | |
|---|---|
| **Case Name:** | Clarke v. Tansey et al |
| **Case Number:** | 1:22-cv-00016-RRB |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**JMK TEXT ORDER:** By agreement of the Judges, this case is hereby reassigned to the Honorable Ralph R. Beistline for all further proceedings. Please use the following case number on all future filings: 1:22-cv-00016-RRB. (JLH, COURT STAFF)

**1:22-cv-00016-RRB Notice has been electronically mailed to:**

**1:22-cv-00016-RRB Notice has been delivered by other means to:**

William C Clarke
8715 Teal Street
Juneau, AK 99801

To THE Judge ON 5/3/22 BETWEEN the HOURS OF 9:30 A.M. ANd 11:00 A.M. YOU ANd I ANd RYAN TANSEY WERE TRAFFICKED IN ILLEGAL SEX FILM! THIS GROUP THINKS IF THEY TRAFFICK IN ILLEGAL PORN, OR CHILD PORN WITH ALL Judges, LAWYERS; EVEN PROSECUTORS WHO WERE PAID, BRIBED OR VICTIMS THAT NO ONE CAN PRESIDE OVER THE CASE OR PROSECUTE DUE TO ALL THE CORRUPTION, PLEASE Advise YOUR LOCAL CYBER CRIME TO CAPTURE OFF OF MY SURGICALLY IMPLANTED BODY CAM SYSTEM AT FREQUENCY #10367! I HAVE NOT BEEN ABLE to STOP THE LARGEST CRIMERING ON EARTH! CAPTURE BOTH TRANSMITTING ANd RECEiving!

Willi Clarke 5-3-22

WILLIAM C CLARKE
8715 TRAI St.
JUNEAU AK 99801



US District Court/Civil LAWSuit
101 12+H AVENUE, ROOM 332
FAIRBANKS, AlASKA 99701

9970186283 C053